ROBERT BOYD, Appellant, *v.* THE NEW YORK SECURITY and TRUST COMPANY, Defendant, and LIZZIE H. DAILY, as Executrix of HENRY DAILY, JR., Deceased, Respondent.

*Boyd* v. *Daily*, 85 App. Div. 581, affirmed.
(Argued November 17, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 4, 1903, modifying and affirming as modified a judgment in favor of respondent herein entered upon a decision of the court on trial at Special Term.

*Edward W. S. Johnston* for appellant.

*Lyman E. Warren* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

THE TWELFTH WARD BANK OF THE CITY OF NEW YORK, Respondent, *v.* FREDERICK H. SCHAUFFLER, as Trustee of ANTONIO RASINES, a Bankrupt, Appellant, and PEDRO ANTONIO RASINES et al., as Executors of AMELIA F. RASINES, Deceased, Respondents.

(Submitted November 23, 1903; decided December 1, 1903.)

MOTION to amend remittitur. (See 176 N. Y. 593.)

Motion granted and remittitur amended by giving costs to the Twelfth Ward Bank, the plaintiff, and without costs to either of the other parties.